948

No. 971, Misc. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States. 

No. 979, Misc. MANUEL *v.* MANUEL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 984, Misc. BATES *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 993, Misc. LEWIS *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 997, Misc. BENNETT *v.* CALIFORNIA. Super. Ct. Cal., County of Sacramento. Certiorari denied.

No. 1002, Misc. HECTOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1005, Misc. DOMER *v.* SMITH, WARDEN. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for respondent. 

No. 651, Misc. WANAMAKER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John W. Packel* for petitioner.

No. 859, Misc. ANDERSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Motion to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 1016, Misc. FLETCHER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.